UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:21-mj-00267-JHR |
| ) | |
| JA-QUAN WALKER ) | |
| a/k/a "J5" ) | |

**NOTICE OF DISMISSAL**

The United States of America hereby dismisses the above captioned complaint.

Date: December 2, 2021

                                       Respectfully submitted,

                                       Darcie N. McElwee
                                       United States Attorney

                                       /s/Meghan E. Connelly
                                       Assistant U.S. Attorney
                                       United States Attorney's Office
                                       100 Middle Street
                                       Portland, ME 04101
                                       meghan.connelly@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 2, 2021, I filed the foregoing Notice of Dismissal using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

    /s/Meghan Connelly
    Assistant U.S. Attorney
    United States Attorney's Office
    100 Middle Street
    Portland, Maine 04101
    Meghan.connelly@usdoj.gov